The People of the State of Illinois, defendant in error, v. Grant Fortney, plaintiff in error. Gen. No. 34,878.

Opinion filed June 15, 1931.

L. A. Wheeler and Harris F. Williams, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Joseph Levinson and Harry Levinson, trading as Levinson's Loan Bank, plaintiffs in error, v. The Fidelity & Casualty Company of New York, defendant in error. Gen. No. 34,337.

Wilson, P. J., dissents. Opinion filed June 15, 1931.

Cassels, Potter & Bentley and Tannenbaum, Polikoff & Schmidt, for plaintiffs in error; Ralph F. Potter, George C. Bunge and Raymond W. Hamill, of counsel. Winston, Strawn & Shaw and Hans L. Howard, for defendant in error; Edward W. Everett and Geo. T. Evans, of counsel.

Mr. Justice Friend delivered the opinion of the court.

The Brady Conveyors Corporation, plaintiff-appellee, v. E. H. Edwards Company, defendant-appellant. Gen. No. 34,626.

Opinion filed June 15, 1931.

Marx Loehwing, for appellant; G. A. Buresh, of counsel. E. W. Clark, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Joseph Levinson and Harry Levinson, trading as Levinson's Loan Bank, appellees, v. The Fidelity & Casualty Company of New York, appellant. Gen. No. 34,630.

Opinion filed June 15, 1931.

Winston, Strawn & Shaw, for appellant; Edward W. Everett and George T. Evans, of counsel. Cassels, Potter & Bentley, for appellees; Ralph F. Potter, Kenneth B. Hawkins and George C. Bunge, of counsel.

Mr. Justice Friend delivered the opinion of the court.